**Indictment Synopsis**

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2021 NOV -9 P 1:33

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Lucas Sirois |
| **Address:** (City & State Only) | Rangeley, Maine |
| **Year of Birth and Age:** | 1980/41 |
| **Violations:** | Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 U.S.C. § 846) <br><br> Count 2: Conspiracy to Commit Money Laundering (18 U.S.C. § 1956(h)) <br><br> Count 3: Conspiracy to Commit Honest Services Fraud (18 U.S.C. § 1349) <br><br> Count 4: Conspiracy to Commit Honest Services Fraud (18 U.S.C. § 1349) <br><br> Count 5: Bank Fraud (18 U.S.C. § 1344) <br><br> Count 6: Bank Fraud (18 U.S.C. § 1344) <br><br> Count 10: Conspiracy to Defraud the United States and Impede and Impair I.R.S. (18 U.S.C. § 371) <br><br> Count 11: Tax Evasion (26 U.S.C. § 7201) |
| **Penalties:** | Count 1: a term of imprisonment of at least 10 years but not more than life, or a fine not to exceed $10,000,000 or both. 21 U.S.C. § 841(b)(1)(A). This is a Class A felony pursuant to 18 U.S.C. § 3559(a)(3). <br><br> Count 2: a term of imprisonment of not more than twenty years, a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both. 18 U.S.C. § 1956(a)(1)(B). This is a class C felony pursuant to 18 U.S.C. § 3559(a)(3). <br><br> Count 3: a term of imprisonment of not more than 20 years, a fine of not more than $250,000, or twice the amount of loss to any victim, or gain to the defendant, whichever is greater, or both. 18 U.S.C. § 1343; 18 |

| | |
|---|---|
| | U.S.C. § 3571(b)(3), (d). This is a class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br><br>Count 4: a term of imprisonment of not more than 20 years, a fine of not more than $250,000, or twice the amount of loss to any victim, or gain to the defendant, whichever is greater, or both. 18 U.S.C. § 1343; 18 U.S.C. § 3571(b)(3), (d). This is a class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br><br>Count 5: a term of imprisonment of not more than 30 years, a fine of not more than $1,000,000, or twice the amount of loss to any victim, or gain to the defendant, whichever is greater, or both. 18 U.S.C. § 1344; 18 U.S.C. § 3571(d). This is a class B felony pursuant to 18 U.S.C. § 3559(a)(2).<br><br>Count 6: a term of imprisonment of not more than 30 years, a fine of not more than $1,000,000, or twice the amount of loss to any victim, or gain to the defendant, whichever is greater, or both. 18 U.S.C. § 1344; 18 U.S.C. § 3571(d). This is a class B felony pursuant to 18 U.S.C. § 3559(a)(2).<br><br>Count 10: a term of imprisonment of not more than 5 years, a fine of not more than $250,000, or both. 18 U.S.C. § 371; 18 U.S.C. § 3571(b)(2); (d). This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4).<br><br>Count 11: a term of imprisonment of not more than 5 years, a fine of not more than $100,000, or both. This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | Count 1: Not less than five years and not more than life. 21 U.S.C. § 841(b)(1)(A).<br><br>Count 2: Not more than three years. 18 U.S.C. § 3583(b)(2).<br><br>Count 3: Not more than three years. 18 U.S.C. § 3583(b)(2).<br><br>Count 4: Not more than three years. 18 U.S.C. § 3583(b)(2). |

|  | Count 5: Not more than five years. 18 U.S.C. § 3583(b)(1).<br><br>Count 6: Not more than five years. 18 U.S.C. § 3583(b)(1).<br><br>Count 10: Not more than three years. 18 U.S.C. § 3583(b)(2).<br><br>Count 11: Not more than three years. 18 U.S.C. § 3583(b)(2). |
|---|---|
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than five years. 18 U.S.C. § 3583(e)(3).<br><br>Count 2: Not more than two years. 18 U.S.C. § 3583(e)(3).<br><br>Count 3: Not more than two years. 18 U.S.C. § 3583(e)(3).<br><br>Count 4: Not more than two years. 18 U.S.C. § 3583(e)(3).<br><br>Count 5: Not more than three years. 18 U.S.C. § 3583(e)(3).<br><br>Count 6: Not more than three years. 18 U.S.C. § 3583(e)(3).<br><br>Count 10: Not more than two years. 18 U.S.C. § 3583(e)(3).<br><br>Count 11: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 2: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 3: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |

|  | |
|---|---|
|  | Count 4: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 5: Five years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 6: Five years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 10: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count 11: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Timothy C. Parlatore |
| **Primary Investigative Agency and Case Agent Name:** | DEA: TFO Justin Huntley<br>FBI: SA James Hendry<br>IRS: SA Joseph Durak |
| **Detention Status:** | Not detained |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Franklin |
| **AUSA:** | Noah Falk |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |