UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUCAS SIROIS<br>ROBERT SIROIS<br>LAKEMONT LLC<br>SANDY RIVER PROPERTIES<br>SPRUCE VALLEY LLC | No. 1:21-cr-175-LEW |

**GOVERNMENT'S WITNESS LIST[1]**

1. Kenneth Allen

2. Mary Archer-Brey

3. Betty Bleivik, DEA Chemist

4. William Brey

5. Robert Brooks, DEA Special Agent

6. David Burgess

7. Heather Chaney

8. Christine Chiesa, DEA Chemist

9. Randal Cousineau

10. Tanya Crogan

11. Joseph Cusick, DEA Chemist

12. Brandon Dagnese

13. Mark Desjardin, Maine Office of Cannabis Policy

---

[1] Out of an abundance of caution, this list includes individuals that the government plans on calling at trial, names that may be heard during the course of the trial, and members of the prosecution team who may be in the courtroom.

14. Adriana DiLalla, DEA Chemist
15. Derrick Doucette
16. Joseph Durak, IRS
17. Joel Finley
18. Adalberto Garcia, DEA Special Agent
19. Rodney Giguere, IRS Special Agent (Retired)
20. Amber Grey
21. Justin Huntly, Maine State Police
22. Thomas Lapierre, DEA/Biddeford Police Department
23. David Ledoux, IRS
24. Kevin Lemay
25. John Lewis, DEA Special Agent
26. Vernon Malloch, Maine Office of Cannabis Policy
27. James McLamb
28. Seth Neal
29. Ryan Nezol
30. Nathan Noal, US Attorney's Office
31. Debra Norton
32. Colleen Ranahan, IRS
33. Jonathan Richards, DEA/MDEA/Piscataquis County Sheriff's Office
34. Bradley Scovil
35. Carolyn Sharrah, IRS
36. Alisa Sirois
37. Jennifer Skuches, DEA Chemist

38. Kelly Song, DEA Chemist

39. Jennifer Soper, Franklin-Somerset Federal Credit Union

40. Nellika Stirling, DEA Analyst

41. Juneva Stratton

42. Robert Stratton

43. Justan Strout

44. Katherine Whalen, US Attorney's office

Dated: November 3, 2025						Respectfully submitted,

							ANDREW B. BENSON
							United States Attorney

					By:	*/s/Noah Falk*
							Noah Falk
							Andrew McCormack
							Assistant U.S. Attorneys
							United States Attorney's Office
							100 Middle Street
							Portland, ME 04101

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 3, 2025, I electronically filed the Government's Witness List with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

|  |  |
|---|---|
|  | ANDREW B. BENSON<br>United States Attorney |
| By: | */s/ Kate Whalen*<br>Paralegal Specialist |
| On Behalf Of: | Noah Falk<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>100 Middle Street<br>Portland, ME  04101<br>(207) 780-3257<br>Noah.Falk@usdoj.gov |