UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00175-LEW |
| | ) | |
| LUCAS SIROIS, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

Pursuant to the rules of this District, Defendant Lucas Sirois has filed a Motion requesting permission to bring certain demonstrative exhibits containing delta-9 THC into the courthouse for use at trial. *See* Def. Loc. R. 39 Mot., ECF No. 676; D. Me. Loc. R. 39, 123. The Government responds that it opposes this request, because (1) the Government has not yet had the opportunity to inspect these exhibits, (2) the Defendant's disclosure of these exhibits was late, *see* Fed. R. Crim. P. 16(b), and (3) the relevance and authenticity of these exhibits has not yet been established. Gov't Response at 1-2, ECF No. 677.

Defendant's Motion, ECF No. 676, is GRANTED insofar as it seeks permission to bring items into the courthouse that he intends to use during trial. I RESERVE ruling on the admissibility of the exhibits under the Federal Rules of Evidence and on the Government's objection to their late disclosure. The Defendant is not permitted to use these items at trial without first affording the Government an opportunity to inspect them and until further order of the Court.

SO ORDERED.

Dated this 11th day of November, 2025.

/s/ Lance E. Walker  
Chief U.S. District Judge