UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: Lucas Sirois, et al

DOCKET NO: 1:21-cr-00175-LEW

# Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | | 0-19 RESERVED | | | | |
| 20 | | | Stipulation – Phone Extraction | | | | |
| 21 | | | Excerpt of Extraction of David Burgess cellphone | | | | |
| | | | 22-49 RESERVED | | | | |
| 50 | | | Plea Agreement as to David Burgess | | | | |
| 51 | | | Cooperation Agreement as to David Burgess | | | | |
| 52 | | | Spreadsheet of Cash Payments to Caregivers and Trimmers and Other transactions from Cash Fund for Shoe Shop | | | | |
| 53 | | | Summary of Flow of Funds for the Shoe Shop Cash Fund | | | | |
| 54 | | | Spreadsheet of Income and Expenses for Cash Fund for Narrow Gauge Botanicals | | | | |
| 55 | | | Summary of Flow of Funds for Narrow Gauge Botanicals Cash Fund | | | | |
| 58 | | | Photo from search of 250 Loon Lake Road, Rangeley | | | | |
| 59 | | | Photo of Kenneth Allen | | | | |
| 60 | | | Photo of Lucas Sirois | | | | |
| 61 | | | Photo of Robert Sirois | | | | |
| 62 | | | Photo of Brandon Dagnese | | | | |
| 63 | | | Photo of Alisa Sirois | | | | |
| 64 | | | Photo of Randal Cousineau | | | | |
| 65 | | | Photo of Bradley Scovil | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 66 | | | Photo of Derrick Doucette | | | | |
| 67 | | | Photo of Tanya Crogan | | | | |
| 68 | | | Photo of David Burgess | | | | |
| 69 | | | Photo of William Brey | | | | |
| 70 | | | Shoe Shop Exterior Photo (Bates 00020895 and 00020897) | | | | |
| 71 | | | Shoe Shop Exterior Photo (Bates 00362461) | | | | |
| 72 | | | Shoe Shop Diagram (Bates 00144219) | | | | |
| 73 | | | Video from Search of 374 High Street (Bates 00145822) | | | | |
| 73A | | | Clip from Video from Search of 374 High Street (5:28-6:20) | | | | |
| 73B | | | Clip from Video from Search of 374 High Street (14:05-17:00) | | | | |
| 73C | | | Clip from Video from Search of 374 High Street (21:20-21:48) | | | | |
| 73D | | | Clip from Video from Search of 374 High Street (2:03-22:17) | | | | |
| 73E | | | Clip from Video from Search of 374 High Street (23:14-23:51) | | | | |
| 73F | | | Clip from Video from Search of 374 High Street (24:53-end) | | | | |
| 74 | | | Screenshot from Video from Search of 374 High Street (11:35) | | | | |
| 75 | | | Screenshot from Video from Search of 374 High Street (12:15) | | | | |
| 76 | | | Screenshot from Video from Search of 374 High Street (12:43) | | | | |
| 78 | | | Screenshot from Video from Search of 374 High Street (12:50) | | | | |
| 79 | | | Screenshot from Video from Search of 374 High Street (13:01) | | | | |
| 80 | | | Photo of bags of marijuana in cabinet (Bates 00145852) | | | | |
| 81 | | | Photo of bags of marijuana in cabinet (Bates 00145853) | | | | |
| 82 | | | Photo of bags of marijuana in cabinet (Bates 00145854) | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 83 | | | Photo of bags of marijuana in cabinet (Bates 00145855) | | | | |
| 84 | | | Photo of box of 207 edibles in refrigerator (Bates 00145856) | | | | |
| 85 | | | Photo of box of 207 edibles in refrigerator (Bates 00145857) | | | | |
| 86 | | | Photo of box of 207 edibles in refrigerator (Bates 00145858) | | | | |
| 87 | | | Photo of cabinet of products (Bates 00145859) | | | | |
| 88 | | | Photo of cabinet of products (Bates 00145860) | | | | |
| 89 | | | Video of clearing of plants from Room 1B (Bates 00145823) | | | | |
| 90 | | | Video of sampling of Exhibit 79 from Room G (Bates 00145864) | | | | |
| 91 | | | Video of sampling of Exhibit 79 from Room G (Bates 00145865) | | | | |
| 92 | | | Video of sampling of Exhibit 80 from Room R (Bates 00145868) | | | | |
| 93 | | | Video of sampling of Exhibit 81 from Room V (Bates 00145866) | | | | |
| 94 | | | Video of sampling of Exhibit 82 from Room X (Bates 00145863) | | | | |
| 95 | | | Video of sampling of Exhibit 83 from Room W (Bates 00145867) | | | | |
| 96 | | | Video of sampling of Exhibit 84 from Room AA (Bates 00145862) | | | | |
| 97 | | | DEA Property Receipt – Items seized from 374 High Street (Bates 00144230-00144236) | | | | |
| | | | 98-109 RESERVED | | | | |
| 110 | | | DEA Exhibits 79a-o | | | | |
| 111 | | | DEA Exhibits 81a-g | | | | |
| 112 | | | DEA Exhibits 82a-v | | | | |
| 113A | | | DEA Exhibits 83a-v | | | | |
| 113B | | | DEA Exhibits 83a-v | | | | |
| 114A | | | DEA Exhibits 84a-s | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 114B | | | DEA Exhibits 84a-s | | | | |
| 115 | | | DEA Exhibit 88a-bb | | | | |
| 116 | | | DEA Exhibit 90a-bb | | | | |
| 117 | | | DEA Exhibit 91a-bb | | | | |
| 118 | | | DEA Exhibit 93 | | | | |
| 119 | | | DEA Exhibits 80a-l | | | | |
| | | | 120-129 RESERVED | | | | |
| 130 | | | Stipulation - Search of 105 Avon | | | | |
| 131 | | | 105 Avon Exterior Photo (Bates 00362261) | | | | |
| 132 | | | 105 Avon Exterior Photo (Bates 00362258) | | | | |
| 133 | | | 105 Avon First Floor Diagram (Bates 00130766) | | | | |
| 134 | | | 105 Avon Second Floor Diagram (Bates 00130768) | | | | |
| 135 | | | Video from Search of 105 Avon (Bates 00131203) | | | | |
| 135A | | | Clip of Video from Search of 105 Avon (6:09-7:10) | | | | |
| 135B | | | Clip of Video from Search of 105 Avon (7:52-8:40) | | | | |
| 135C | | | Clip of Video from Search of 105 Avon (9:03-10:05) | | | | |
| 135D | | | Clip of Video from Search of 105 Avon (10:45-12:06) | | | | |
| 135E | | | Clip of Video from Search of 105 Avon (12:45-13:57) | | | | |
| 135F | | | Clip of Video from Search of 105 Avon (14:19-15:18) | | | | |
| 135G | | | Clip of Video from Search of 105 Avon (15:34-16:35) | | | | |
| 135H | | | Clip of Video from Search of 105 Avon (19:11-19:30) | | | | |
| 135I | | | Clip of Video from Search of 105 Avon (20:53-21:30) | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 135J | | | Clip of Video from Search of 105 Avon (21:56-22:20) | | | | |
| 135K | | | Clip of Video from Search of 105 Avon (22:39-24:05) | | | | |
| 135L | | | Clip of Video from Search of 105 Avon (24:15-24:40) | | | | |
| 136 | | | Screenshot of Video from Search of 105 Avon (3:15) | | | | |
| 137 | | | Screenshot of Video from Search of 105 Avon (4:56) | | | | |
| 138 | | | Screenshot of Video from Search of 105 Avon (7:53) | | | | |
| 139 | | | DEA Property Receipt – Items seized from 104 Avon (Bates 00125428) | | | | |
| | | | 140-149 RESERVED | | | | |
| 150 | | | DEA Exhibit 148 | | | | |
| 151 | | | DEA Exhibit 149 | | | | |
| 152 | | | DEA Exhibit 151 | | | | |
| 153A | | | DEA Exhibit 152 | | | | |
| 153B | | | DEA Exhibit 152 | | | | |
| 154A | | | DEA Exhibit 153 | | | | |
| 154B | | | DEA Exhibit 153 | | | | |
| 154C | | | DEA Exhibit 153 | | | | |
| 155 | | | DEA Exhibit 154a-bb | | | | |
| 156 | | | DEA Exhibit 155a-bb | | | | |
| 161 | | | DEA Exhibit 162 | | | | |
| 162 | | | DEA Exhibit 163 | | | | |
| 163 | | | DEA Exhibit 147a | | | | |
| 164 | | | DEA Exhibit 150a | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | | 165-179 RESERVED | | | | |
| 180 | | | Adriana DiLalla CV (Bates 00739491-00739492) | | | | |
| 181 | | | Lab Report – DEA Exhibits 82a-v (Bates 00739490) | | | | |
| 182 | | | Combined Instrument File – DEA Exhibits 82a-v (Bates 00739453-00739489) | | | | |
| 183 | | | Case Details Report – DEA Exhibits 82a-v (00739438-00739452) | | | | |
| 184 | | | Lab Report – DEA Exhibit 93 (Bates 00740050) | | | | |
| 185 | | | Combined Instrument File – DEA Exhibit 93 (Bates 00740030-00740049) | | | | |
| 186 | | | Case Details Report – DEA Exhibit 93 (Bates 00740026-00740029) | | | | |
| 187 | | | Lab Report – DEA Exhibit 152 (Bates 00740873) | | | | |
| 188 | | | Combined Instrument File – DEA Exhibit 152 (Bates 00740851-00740872) | | | | |
| 189 | | | Case Details Report – DEA Exhibit 152 (Bates 00740841-00740850) | | | | |
| 190 | | | Lab Report – DEA Exhibit 153 (Bates 00740896) | | | | |
| 191 | | | Combined Instrument File – DEA Exhibit 153 (Bates 00740882-00740895) | | | | |
| 192 | | | Case Details Report – DEA Exhibit 153 (Bates 00740874-00740881) | | | | |
| 193 | | | Lab Report – DEA Exhibits 154a-bb (Bates 00740954) | | | | |
| 194 | | | Combined Instrument File – DEA Exhibits 154a-bb (Bates 00740915-00740953) | | | | |
| 195 | | | Case Details Report – DEA Exhibits 154a-bb (Bates 00740897-00740914) | | | | |
| | | | 196-199 RESERVED | | | | |
| 200 | | | Betty Bleivik CV (Bates 00739691-00739693) | | | | |
| 201 | | | Lab Report – DEA Exhibit 86 (Bates 00739690) | | | | |
| 202 | | | Combined Instrument File – DEA Exhibit 86 (Bates 00739677-00739689) | | | | |
| 203 | | | Case Details Report – DEA Exhibit 86 (Bates 00739672-00739676) | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 204 | | | Lab Report – DEA Exhibits 155a-bb (Bates 00741042) | | | | |
| 205 | | | Combined Instrument File – DEA Exhibits 155a-bb (Bates 00740974-00741041) | | | | |
| 206 | | | Case Details Report – DEA Exhibits 155a-bb (Bates 00740955-00740973) | | | | |
| | | | 207-209 RESERVED | | | | |
| 210 | | | Christine Chiesa CV (Bates 00739436-00739437) | | | | |
| 211 | | | Lab Report – DEA Exhibits 81a-g (Bates 00739435) | | | | |
| 212 | | | Combined Instrument File – DEA Exhibits 81a-g (Bates 00739406-00739434) | | | | |
| 213 | | | Case Details Report – DEA Exhibits 81a-g (Bates 00739398-00739405) | | | | |
| 214 | | | Lab Report – DEA Exhibits 83a-v (Bates 00739585) | | | | |
| 215 | | | Combined Instrument File – DEA Exhibits 83a-v (Bates 00739510-00739584) | | | | |
| 216 | | | Case Details Report – DEA Exhibits 83a-v (00739493-00739509) | | | | |
| 217 | | | Lab Report – DEA Exhibit 163 (Bates 00741171) | | | | |
| 218 | | | Combined Instrument File – DEA Exhibit 163 (Bates 00741087-00741170.) | | | | |
| 219 | | | Case Details Report – DEA Exhibit 163 (Bates 00741069-00741086) | | | | |
| 220 | | | Joseph Cusick CV (Bates 00739747-00739748) | | | | |
| 221 | | | Lab Report – DEA Exhibits 88a-bb (Bates 00739746) | | | | |
| 222 | | | Combined Instrument File – DEA Exhibits 88a-bb (Bates 00739707-00739745) | | | | |
| 223 | | | Case Details Report – DEA Exhibits 88a-bb (00739694-00739706) | | | | |
| 224 | | | Lab Report – DEA Exhibit 148 (Bates 00740698) | | | | |
| 225 | | | Combined Instrument File – DEA Exhibit 148 (Bates 00740680-00740697) | | | | |
| 226 | | | Case Details Report – DEA Exhibit 148 (Bates 00740674-00740679) | | | | |
| 227 | | | Lab Report – DEA Exhibit 162 (Bates 00741068) | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 228 | | | Combined Instrument File – DEA Exhibit 162 (Bates 00741049-00741067) | | | | |
| 229 | | | Case Details Report – DEA Exhibit 162 (Bates 00740043-00741048) | | | | |
| 230 | | | Jennifer Skuches CV (Bates 00739887-00739888) | | | | |
| 231 | | | Lab Report – DEA Exhibits 90a-bb (Bates 00739886) | | | | |
| 232 | | | Combined Instrument File – DEA Exhibits 90a-bb (Bates 00739766-00739885) | | | | |
| 233 | | | Case Details Report – DEA Exhibits 90a-bb (Bates 00739749-00739765) | | | | |
| 234 | | | Lab Report – DEA Exhibits 91a-bb (Bates 00740025) | | | | |
| 235 | | | Combined Instrument File – DEA Exhibits 91a-bb (Bates 00739906-00740024) | | | | |
| 236 | | | Case Details Report – DEA Exhibits 91a-bb (Bates 00739889-00739905) | | | | |
| 237 | | | Lab Report – DEA Exhibit 149 (Bates 00740738) | | | | |
| 238 | | | Combined Instrument File – DEA Exhibit 149 (Bates 00740708-00740737) | | | | |
| 239 | | | Case Details Report – DEA Exhibit 149 (Bates 00740699-00740707) | | | | |
| 240 | | | Lab Report – DEA Exhibit 151 (Bates 00740840) | | | | |
| 241 | | | Combined Instrument File – DEA Exhibit 151 (Bates 00740766-00740839) | | | | |
| 242 | | | Case Details Report – DEA Exhibit 151 (Bates 00740754-00740765) | | | | |
| 243 | | | Kelly Song CV (Bates 00739366-00739367) | | | | |
| 244 | | | Lab Report – DEA Exhibits 79a-o (Bates 00739365) | | | | |
| 245 | | | Combined Instrument File – DEA Exhibits 79a-o (Bates 00739313-00739364.) | | | | |
| 246 | | | Case Details Report – DEA Exhibits 79a-o (Bates 00739300-00739312) | | | | |
| 247 | | | Lab Report – DEA Exhibits 84a-s (Bates 00739671) | | | | |
| 248 | | | Combined Instrument File – DEA Exhibits 84a-s (Bates 00739602-00739670) | | | | |
| 249 | | | Case Details Report – DEA Exhibits 84a-s (Bates 00739586-00739601) | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | | 247-249 RESERVED | | | | |
| 250 | | | Stipulation – FSFCU Statements for Lakemont, William Brey, Ms. B's, Sandy River | | | | |
| 251 | | | Lakemont Bank Statements 1/19/2017 to 7/31/2020 | | | | |
| 251A | | | Lakemont Checks to William Brey | | | | |
| 252 | | | William Brey Bank Statements 6/1/2019 to 7/31/2020 | | | | |
| 252A | | | William Brey Checks from Lakemont, LLC | | | | |
| 253 | | | Ms. B's Bank Statements 9/20/2019 to 7/31/2020 | | | | |
| 253A | | | Ms. B's checks from Lakemont, LLC | | | | |
| 254 | | | Sandy River Bank Statements 1/1/2017 to 7/31/2020 | | | | |
| 255 | | | Lakemont LLC Membership Paperwork signed 1/19/2017 (Bates 00006466-00006485) | | | | |
| 256 | | | Lakemont LLC Membership Paperwork signed 3/20/2019 (Bates 00370187-00370204) | | | | |
| 257 | | | Lakemont LLC Membership Paperwork signed 1/10/2020 (Bates 00370175) | | | | |
| 258 | | | Sandy River Properties LLC Membership Paperwork signed 7/12/2016 and updated 8/5/2016 (Bates 00008062-00008116) | | | | |
| 259 | | | Ms B's Enterpries Membership Paperwork signed 9/20/2019 (Bates 00058675-00058696) | | | | |
| 259A | | | FSFCU Business Account Required Information form – Ms. Bs Enterprises (Bates 00370246-00370248) | | | | |
| 259B | | | Ms. B's Enterprises Paperwork to add additional signer (Bates 00058697-00058702) | | | | |
| 260 | | | William Brey Membership Paperwork signed 3/11/2016 (Bates 00008414-00008423) | | | | |
| 261 | | | Maia New England Membership Paperwork signed 2/17/2016 (Bates 00007057-00007101) | | | | |
| 262 | | | Narrow Gauge Consulting Membership Paperwork signed 2/11/2016 (Bates 00007165-00007193) | | | | |
| 263 | | | Narrow Gauge Real Estate Membership Paperwork signed 2/11/2016 (Bates 00007257-00007284) | | | | |
| 264 | | | Maia New England Membership Paperwork signed 1/9/2020 (Bates 00370120-00370160) | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 265 | | | Narrow Gauge Consulting Membership Paperwork signed 3/19/2019 (Bates 00370097-00370108) | | | | |
| 265A | | | FSFCU Business Account Required Information form – Narrow Gauge Consulting (Bates 00370114-00370116) | | | | |
| 266 | | | Narrow Gauge Consulting Membership Paperwork signed 1/7/2020 (Bates 00370084-00370096) | | | | |
| 267 | | | Narrow Gauge Real Estate Membership Paperwork signed 3/19/2019 (Bates 00370065-00370074) | | | | |
| 268 | | | Narrow Gauge Real Estate Membership Paperwork signed 1/7/2020 (Bates 00370052-00370064) | | | | |
| | | | 269 RESERVED | | | | |
| 270 | | | Immunity Agreement as to William Brey (Bates 00677197-00377198) | | | | |
| 271 | | | Spruce Valley LLC Agreement (Bates 00101232-00101255) | | | | |
| 272 | | | Lakemont LLC Operating Agreement (Bates 00367472-00367499) | | | | |
| 273 | | | Plea Agreement as to Randal Cousineau (Bates 00705714-00705721) | | | | |
| 274 | | | Cooperation Agreement as to Randal Cousineau (Bates 00705709-00705713) | | | | |
| 275 | | | Wilton Police Department Report for 2022 incident | | | | |
| | | | 276-279 RESERVED | | | | |
| 280 | | | Plea Agreement as to Brandon Dagnese | | | | |
| 281 | | | Cooperation Agreement as to Brandon Dagnese | | | | |
| | | | 282-289 RESERVED | | | | |
| 290 | | | Plea Agreement as to Alisa Sirois | | | | |
| 291 | | | Cooperation Agreement as to Alisa Sirois | | | | |
| | | | 292-299 RESERVED | | | | |
| 300 | | | FSFCU Bank Secrecy Act Policy (Bates 00675384-00675441) | | | | |
| 301 | | | FSFCU October 2018 Annual Bank Secrecy Training (Bates 00675519-00675525) | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 302 | | | FSFCU 2017 Account Opening Policy (Bates 00675442-0675445) | | | | |
| 303 | | | FSFCU 2020 Account Opening Policy (Bates 00675351-00675354) | | | | |
| 304 | | | FSFCU 2016 Member Agreement and Disclosures (00675363-00675366) | | | | |
| 305 | | | FSFCU 2018 Member Agreement and Disclosures (00675359-00675362) | | | | |
| 306 | | | FSFCU 2020 Member Agreement and Disclosures (00675355-00675358) | | | | |
| 307 | | | Screenshot of account opening documents for Lakemont, LLC | | | | |
| 308 | | | Screenshot of account opening documents for Sandy River Properties | | | | |
| 309 | | | Screenshot of account opening documents for Ms. B's Enterprises | | | | |
| 310 | | | Screenshot of account opening documents for William Brey | | | | |
| 311 | | | Screenshot of account opening documents for Maia New England | | | | |
| 312 | | | Screenshot of account opening documents for Narrow Gauge Consulting | | | | |
| 313 | | | Screenshot of account opening documents for Narrow Gauge Real Estate | | | | |
| | | | 314-319 RESERVED | | | | |
| 320 | | | Stipulation – Tax Records | | | | |
| 321 | | | Certified Copy of Lucas Sirois and Alisa Merwin 2017 Tax Return (Bates 00741764-00741802) | | | | |
| 322 | | | Certified Copy of Transcript for Lucas Sirois and Alisa Merwin 2017 Tax Return (Bates 00741585-00741587) | | | | |
| 323 | | | Certified Copy of Lucas Sirois and Alisa Merwin 2017 Amended 1040X (Bates 00741597-00741613) | | | | |
| 324 | | | Certified Copy of Lucas Sirois and Alisa Merwin 2018 Tax Return (Bates 00741843-0071882) | | | | |
| 325 | | | Certified Copy of Transcript for Lucas Sirois and Alisa Merwin 2018 Tax Return (Bates 00741588-00741589) | | | | |
| 326 | | | Certified Copy of Maia New England 2017 Tax Return (Bates 00741803-00741828) | | | | |
| 327 | | | Certified Copy of Transcript for Maia New England 2017 Tax Return (Bates 00741561-00741562) | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 328 | | | Certified Copy of Maia New England 2018 Tax Return (Bates 00741883-00741912) | | | | |
| 329 | | | Certified Copy of Transcript for Maia New England 2018 Tax Return (Bates 00741563-00741564) | | | | |
| 330 | | | Certified Copy of Narrow Gauge Holdings 2017 Tax Return (Bates 00741829-00741842) | | | | |
| 331 | | | Certified Copy of Transcript for Narrow Gauge Holdings 2017 Tax Return (Bates 00741565-00741566) | | | | |
| 332 | | | Certified Copy of Narrow Gauge Holdings 2018 Tax Return (Bates 00741709-00741726) | | | | |
| 333 | | | Certified Copy of Transcript for Narrow Gauge Holdings 2018 Tax Return (Bates 00741567-00741568) | | | | |
| 334 | | | Certified Copy of CG Biogenomics 2017 Tax Return (Bates 00741931-00741946) | | | | |
| 335 | | | Certified Copy of Transcript for CG Biogenomics 2017 Tax Return (Bates 00741569-00741570) | | | | |
| 336 | | | Certified Copy of Narrow Gauge Botanicals 2017 Tax Return (Bates 00741947-00741968) | | | | |
| 337 | | | Certified Copy of Transcript for Narrow Gauge Botanicals 2017 Tax Return (Bates 00741577-00741578) | | | | |
| | | | 338-339 RESERVED | | | | |
| 340 | | | Plea Agreement as to Kenneth Allen | | | | |
| 341 | | | Cooperation Agreement as to Kenneth Allen (Bates 00741176-00741180) | | | | |
| 342 | | | Email to Ken Allen from Debra Norton on March 12, 2019 (Bates 00072074) | | | | |
| 343 | | | Email from Ken Allen to Lucas Sirois and David Burgess on May 19, 2019 (Bates 00706420) | | | | |
| 344 | | | Email from Ken Allen to David Burgess on April 20, 2019 (Bates 00706482-00706483) | | | | |
| 345 | | | Homegrown Connections LLC 2017 Profit & Loss Statement (Bates 00071724) | | | | |
| 346 | | | Homegrown Connections LLC 2018 Profit & Loss Statement (Bates 00072091) | | | | |
| 347 | | | Narrow Gauge Real Estate LLC 2017 Profit & Loss Statement (Bates 00071722) | | | | |
| 348 | | | Narrow Gauge Real Estate LLC 2018 Profit & Loss Statement (Bates 00072096) | | | | |
| 349 | | | Narrow Gauge Holdings 2017 Profit & Loss Statement (Bates 00071635) | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 350 | | | Client Copy of Narrow Gauge Holdings 2017 Amended Tax Return (Bates 00071268-00071288) | | | | |
| 351 | | | Narrow Gauge Holdings 2018 Profit & Loss Statement (00071935) | | | | |
| 352 | | | Narrow Gauge Botanicals 2017 Profit & Loss Statement (00071462) | | | | |
| 353 | | | Client Copy of Narrow Gauge Botanicals 2017 Amended Tax Return (Bates 00071225-00071242) | | | | |
| 354 | | | Client Copy of CG Biogenomics 2017 Amened Tax Return (00071163-00071183) | | | | |
| 355 | | | Maia New England 2017 Profit & Loss Statement (Bates 00071563) | | | | |
| 356 | | | Maia New England 2018 Profit & Loss Statement (Bates 00071928-00071929) | | | | |
| 357 | | | Client Copy of Maia New England 2017 Amended Tax Return (00071194-00071215) | | | | |
| 358 | | | Notes from Kenneth Allen's files (clean) (Bates 00071123) | | | | |
| 359 | | | Notes from Kenneth Allen's files (marked up) (Bates 00741969) | | | | |
| 360 | | | Lakemont LLC FSFCU Selected Deposits Summary | | | | |
| 361 | | | Lakemont LLC FSFCU Selected Disbursements Summary | | | | |
| 362 | | | Sandy River FSFCU Selected Deposits Summary | | | | |
| 363 | | | Sandy River FSFCU Selected Disbursements Summary | | | | |
| 364 | | | Ms B's FSFCU Selected Deposits Summary | | | | |
| 365 | | | Ms. B's Checks from Lakemont LLC Summary | | | | |
| 366 | | | Ms. B's FSFCU Selected Disbursements Summary | | | | |
| 367 | | | William Brey FSFCU Selected Deposits Summary | | | | |
| | | | 368-379 RESERVED | | | | |
| 380 | | | IRS Tax Due and Owing Calculation | | | | |
| | | | 381-399 RESERVED | | | | |
| 400 | | | Certified Copy of Robert Sirois 2010 conviction (Bates 00741727-00741731) | | | | |