UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:21-cr-00175-LEW |
| | ) |
| LUCAS SIROIS, | ) |
| ROBERT SIROIS, | ) |
| LAKEMONT, LLC, | ) |
| SANDY RIVER PROPERTIES, LLC, | ) |
| SPRUCE VALLEY, LLC, | ) |
| | ) |
| Defendants. | ) |

2025 NOV 18 P 7: 33

JURY VERDICT FORM

COUNT ONE – Conspiracy to Distribute Controlled Substances

1. We, the Jury, find the Defendant, Lucas Sirois,

_____ (or) _GUILTY_____
(Not Guilty)                             (Guilty Beyond a Reasonable Doubt)

2. We, the Jury, find the Defendant, Robert Sirois,

_____ (or) _GUILTY_____
(Not Guilty)                             (Guilty Beyond a Reasonable Doubt)

*If you answered "Not Guilty" to Question 1, proceed to Question 5. If you answered "Guilty" to Question 1, answer Questions 3 and 4.*

3. If you found the Defendant, Lucas Sirois, guilty as to Count One, indicate with a check mark whether you find beyond a reasonable doubt that 1,000 or more kilograms of marijuana or 1,000 or more marijuana plants is attributable to the conspiracy as a whole:

✓ Yes

\_\_\_ No

1

4. If you found the Defendant, Lucas Sirois, guilty as to Count One, indicate with a check mark whether you find beyond a reasonable doubt that 1,000 or more kilograms of marijuana or 1,000 or more marijuana plants is attributable to Lucas Sirois:

√ Yes

___ No

## COUNT TWO – Possession with Intent to Distribute Controlled Substances

5. We, the Jury, find the Defendant, Lucas Sirois,

_____ (or) __GUILTY_____
(Not Guilty)                              (Guilty Beyond a Reasonable Doubt)

6. We, the Jury, find the Defendant, Robert Sirois,

__NOT GUILTY_____ (or) _____
(Not Guilty)                              (Guilty Beyond a Reasonable Doubt)

*If you answered "Not Guilty" to Question 5, proceed to Question 8. If you answered "Guilty" to Question 5, answer Question 7.*

7. If you found the Defendant, Lucas Sirois, guilty as to Count Two, indicate with a check mark whether you find beyond a reasonable doubt that 1,000 or more kilograms of marijuana or 1,000 or more marijuana plants is attributable to Lucas Sirois:

√ Yes

___ No

## COUNT THREE – Bank Fraud

8. We, the Jury, find the Defendant, Lucas Sirois,

_____ (or) __GUILTY_____
(Not Guilty)                              (Guilty Beyond a Reasonable Doubt)

2

**COUNT FOUR – Conspiracy to Defraud the United States and Impede and Impair I.R.S.**

9. We, the Jury, find the Defendant, Lucas Sirois,

_____ (or) ___GUILTY___
(Not Guilty)                               (Guilty Beyond a Reasonable Doubt)

**COUNT FIVE – Tax Evasion**

10. We, the Jury, find the Defendant, Lucas Sirois,

_____ (or) ___GUILTY___
(Not Guilty)                               (Guilty Beyond a Reasonable Doubt)

**COUNT SIX – Maintaining Drug-Involved Premises**

11. We, the Jury, find the Defendant, Lakemont, LLC,

_____ (or) ___GUILTY___
(Not Guilty)                               (Guilty Beyond a Reasonable Doubt)

**COUNT SEVEN – Maintaining Drug-Involved Premises**

12. We, the Jury, find the Defendant, Sandy River Properties, LLC,

_____ (or) ___GUILTY___
(Not Guilty)                               (Guilty Beyond a Reasonable Doubt)

**COUNT EIGHT – Maintaining Drug-Involved Premises**

13. We, the Jury, find the Defendant, Spruce Valley, LLC,

_____ (or) ___GUILTY___
(Not Guilty)                               (Guilty Beyond a Reasonable Doubt)

*Please sign and date the form.*

Dated: 11/18/25

Signature Redacted – Original on file with the Clerk's Office

Jury Foreperson